IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RYAN POE**                                                                                       **PLAINTIFF**

v.                               **CASE NO. 3:22-CV-00234-BSM**

**ADAM WEEKS,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE